IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08CR10-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| WILLIAM ISAIAH CORPENING. | ) | |
| | ) | |

**THIS MATTER** is before the court upon Raquel K. Wilson's Motion to Withdraw as Counsel of Record. Having considered Raquel K. Wilson's Motion to Withdraw as Counsel of Record and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Raquel K. Wilson's Motion to Withdraw as Counsel of Record is **GRANTED,** and Raquel K. Wilson is **RELIEVED** from further representation of defendant in this matter.

Signed: February 26, 2008

Dennis L. Howell
United States Magistrate Judge